## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

| | |
|---|---|
| In Re: Debtor(s)<br>**Jekyll Brewing City Center, LLC**<br>2929 Savannah Walk Lane<br>Suwanee, GA 30024<br><br>**83−3465095** | Case No.: **26−50748−bem**<br>Chapter: **7**<br>Judge: **Barbara Ellis−Monro** |

### NOTICE OF CASE REASSIGNMENT

Notice is hereby given that this case has been reassigned to the **Honorable Barbara Ellis−Monro**.

*Vania S. Allen*

Vania S. Allen
Clerk of Court
U.S. Bankruptcy Court

Dated: February 17, 2026

Form 301