## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

In Re: Debtor(s)

**Jekyll Brewing City Center, LLC**
2929 Savannah Walk Lane
Suwanee, GA 30024

**83–3465095**

Case No.: **26–50748–bem**
Chapter: **7**

### NOTICE SETTING DEADLINE FOR
### FILING PROOFS OF CLAIM

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. The Trustee now reports that funds may be available for distribution.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before:

## Deadline: **June 15, 2026**

A claim form (Official Form B 410) may be obtained online at: www.ganb.uscourts.gov under the Forms tab or at any bankruptcy clerk's office and may be filed in person or by regular mail.

To file a claim electronically, visit www.ganb.uscourts.gov and access the ePOC tab.

There is no fee for filing the proof of claim.

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

**\*\* Mailing Address**
United States Bankruptcy Court
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303

Vania S. Allen
Clerk of Court
U.S. Bankruptcy Court

Dated:  March 17, 2026

Form ntcpoc
Revised February 2023