

**IT IS ORDERED as set forth below:**

**Date: May 21, 2026**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHER DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **CHAPTER 7** |
| **JEKYLL BREWING CITY** | ) | |
| **CENTER, LLC,** | ) | **CASE NO. 26-50748-bem** |
| | ) | |
| **Debtor.** | ) | |

## ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR ORDER AUTHORIZING RULE 2004 EXAMINATION OF THE DEBTOR

The Motion of S. Gregory Hays, as Chapter 7 Trustee ("Trustee") for the bankruptcy estate (the "Bankruptcy Estate") of Jekyll Brewing City Center, LLC (the "Debtor") for Rule 2004 Examination of Debtor (the "Motion") having been read and considered, it is

**ORDERED** that the Motion is **GRANTED** to permit Trustee's examination of Debtor in accordance with Fed. R. Bankr. R. 2004(b) at a mutually agreed time

and place. If attendance and production of documents cannot be obtained voluntarily, Trustee may compel attendance and production of documents as provided in Fed. R. Bankr. P. 2004(c).

END OF DOCUMENT

**Order prepared and presented by:**

ARDIS LAW LLP

*s/ John K. Rezac*
JOHN K. REZAC
Georgia Bar No. 601935 *jrezac@ardis.law*
2300 Windy Ridge Parkway
Suite 1165N
Atlanta, Georgia 30339
Telephone: 678/643-1357

*Attorneys for S. Gregory Hays, Chapter 7 Trustee*

Distribution List:

John K. Rezac
Ardis Law LLP
2300 Windy Ridge Pkwy, Suite 1165N
Atlanta, GA 30339

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Jekyll Brewing City Center, LLC
2929 Savannah Walk Lane
Suwanee, GA 30024

Michael D. Robl
Robl Law Group LLC
Suite 250
3754 LaVista Road
Tucker, GA 30084