# Form 1



# Individual Estate Property Record and Report

## Asset Cases

**Case No.:** 26-50748-JWC

**Case Name:** JEKYLL BREWING CITY CENTER, LLC

**For Period Ending:** 06/30/2026

**Trustee Name:** (300320) S. Gregory Hays

**Date Filed (f) or Converted (c):** 01/17/2026 (f)

**§ 341(a) Meeting Date:** 02/19/2026

**Claims Bar Date:** 06/15/2026

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Account at Bank of America | 481.26 | 481.26 | | 0.00 | FA |
| 2 | FF&E Located at 15 Academy Street Ste 1E, Alpharetta, Georgia<br>Value listed at $0 in schedule. Motion to sell FF&E for $60,000 filed on 3/6/26, Dkt # 18. | 0.00 | 60,000.00 | | 60,000.00 | FA |
| 3 | Claim against the former Director of Operations for negligence and breach of fiduciary duties in failing to properly wind down operations, causing loss of employees, loss of revenues, and unpaid bills. | Unknown | 0.00 | | 0.00 | FA |
| **3** | **Assets** **Totals** (Excluding unknown values) | **$481.26** | **$60,481.26** | | **$60,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

3/16/2026 - Declared as an asset case and claims bar date requested.

6/15/2026 - Claims bar date. $818,458.49 in claims filed.

3/6/2026 - Trustee filed motion to sell personal property located at 15 Academy Street, Alpharetta GA to Calmex II for $60,000.

4/2/2026 - Funds received from sale of personal property.

7/28/2026 - Trustee has fully administered the bankruptcy estate and will submit his Final Report shortly.

**Initial Projected Date Of Final Report (TFR):** 06/30/2028 **Current Projected Date Of Final Report (TFR):** 09/30/2026

# Form 2

## Cash Receipts And Disbursements Record



**Case No.:** 26-50748-JWC
**Case Name:** JEKYLL BREWING CITY CENTER, LLC
**Taxpayer ID #:** **-***5095
**For Period Ending:** 06/30/2026

**Trustee Name:** S. Gregory Hays (300320)
**Bank Name:** Western Alliance Bank
**Account #:** ******5429 Checking
**Blanket Bond (per case limit):** $30,650,000.00
**Separate Bond (if applicable):** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/02/26 | {2} | Calmex II, LLC | Incoming wire - Sale of Personal Property Per Order, Dkt # 23. | 1129-000 | 60,000.00 | | 60,000.00 |
| 04/30/26 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 89.75 | 59,910.25 |
| 05/29/26 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 92.81 | 59,817.44 |
| 06/30/26 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 102.26 | 59,715.18 |

| | Deposit | Disbursement | Account Balance |
|---|---|---|---|
| **COLUMN TOTALS** | **60,000.00** | **284.82** | **$59,715.18** |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| **Subtotal** | **60,000.00** | **284.82** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$60,000.00** | **$284.82** | |

*{ } Asset Reference(s)*

*! - transaction has not been cleared*

# Form 2



# Cash Receipts And Disbursements Record

**Case No.:** 26-50748-JWC
**Case Name:** JEKYLL BREWING CITY CENTER, LLC
**Taxpayer ID #:** **-***5095
**For Period Ending:** 06/30/2026

**Trustee Name:** S. Gregory Hays (300320)
**Bank Name:** Western Alliance Bank
**Account #:** ******5429 Checking
**Blanket Bond (per case limit):** $30,650,000.00
**Separate Bond (if applicable):** N/A

| | |
|---|---|
| Net Receipts: | $60,000.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $60,000.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******5429 Checking | $60,000.00 | $284.82 | $59,715.18 |
| | **$60,000.00** | **$284.82** | **$59,715.18** |